IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHERYL D. CHILDRES,            *

    Plaintiff,                *

vs.                            *       CASE NO. 4:12-CV-31 (CDL)

B. MERRELL, INC.,              *

    Defendant.                *

O R D E R

Plaintiff Cheryl D. Childres ("Childres") was an assistant manager at B. Merrell's, a Columbus, Georgia restaurant owned and operated by Defendant B. Merrell, Inc. ("B. Merrell's"). Childres claims that B. Merrell's paid her less than a male assistant manager and that B. Merrell's fired her after she complained about the pay disparity. Childres brings discrimination and retaliation claims under the Equal Pay Act of 1963 ("EPA"), 29 U.S.C. § 206(d), and Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq*. Presently pending before the Court is the summary judgment motion of B. Merrell's. Having thoroughly reviewed the motion and with the benefit of oral argument, the Court finds that genuine fact disputes exist regarding Childres's claims.

Accordingly, the summary judgment motion (ECF No. 23) is denied.

IT IS SO ORDERED, this 14th day of May, 2013.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
